20120. GILBERT *v.* THE STATE.

BROYLES, C. J. The accused was convicted of burglary. The evidence tending to connect him with the crime was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt, and the refusal to grant him a new trial was error.

*Judgment reversed.* *Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 10, 1929.

*C. W. Worrill,* for plaintiff in error,

*B. T. Castellow, solicitor-general, Bond Almand,* contra,